```
1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   ADAM P. SCHLEIFER (Cal. Bar No. 313818)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4849
7       Facsimile: (213) 894-6269
        E-mail:    adam.schleifer@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
11/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 2:21-MJ-5413 |
|---|---|
| | [~~PROPOSED~~] ORDER SEALING DOCUMENTS |
| | **(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as the <u>ex parte</u> application for order sealing documents, the memorandum of points and authorities, the declaration of Adam P. Schleifer, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing

//

agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

IT IS SO ORDERED.

_November 29, 2021_
DATE

*Karen L. Stevenson* (signature)
HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

_____
DATE

_____
HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

*APS* (signature)
_____
ADAM P. SCHLEIFER
Assistant United States Attorney