AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 2:21-MJ-5413 | Date and time warrant executed: <br> 12/01/2021 6:30am | Copy of warrant and inventory left with: <br> Thayer Wiederhorn |
| Inventory made in the presence of: <br> Thayer Wiederhorn | | |
| Inventory of the property taken and name of any person(s) seized: <br> Please see attached FD-597 Receipt for Property. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/17/2021

Lesly Buchan
*Executing officer's signature*

Lesley Buchan, Special Agent
*Printed name and title*

GPO U. S. GOVERNMENT PRINTING OFFICE: 2019-409-314

FD-597 (Rev. 4-13-2015)            Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: __318A-LA-3245426__

On (date): __12/01/2021__

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) __Thayer Wiederhorn__ LB

(Street Address) ~~8420 Beverly Blvd~~ __342 N. Croft Ave.__

(City) __Los Angeles, CA__

Description of Item (s): Item 1: one envelope labelled "jewelry appraisal", misc tax documents, 8420 Beverly purchase documents, other misc docs; Item 2: misc FAT industries paperwork, trust documents, bills; Item 3: FAT Brand misc documents and green notebook.

_Thayer Wiederhorn_

Received By: _(Signature)_

Printed Name/Title: __Lesley Buchan, Special Agent__

Received From: _(Signature)_

Printed Name/Title: __THAYER WIEDERHORN__

G2O U. S. GOVERNMENT PRINTING OFFICE: 2019-409-314

FD-597 (Rev. 4-13-2015)

Page _1_ of _1_

Digital

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: __318A·LA-3245426__

On (date) __12/01/2021__

item (s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) __Thayer Wiederhorn__

(Street Address) ~~9420 Beverly Blvd~~ 342 N. Croft Ave.

(City) __Los Angeles, CA__

Description of Item (s): Item 4: Iphone 12 Pro Max, Model # MG993LL/A; Serial # GGTDN9U6ØD4C; Item 5: Microsoft tablet serial # 027462783553; Item 6: White Kingston flash drive 1GB; Item 7: white flash drive - no markings; Item 8: white flash drive - magic memories marking; Item 9: lexar flashdrive, 16 GB, gray; Item 10: My Passport Ultra external hardrive, serial # WXE1E24ESN95; Item 11: WD Elements hard drive, serial # WXA2A40L2D10; Item 12: G drive - silver - serial # 1V006TVA; Item 13: black and silver Blackberry phone; Item 14: Black iPhone.

Received By: (Signature)
Printed Name/Title: Lesley Buchan
Special Agent

Received From: (Signature)
Printed Name/Title: THAYER WIEDERHORN